United States District Court
Southern District of Texas

**ENTERED**

July 31, 2026

Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| GUY M. KENG, | § | CIVIL ACTION NUMBER |
| Plaintiff, | § | 4:24-cv-04384 |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| MARTIN O'MALLEY, | § | |
| Defendant. | § | |

## ORDER ADOPTING
## MEMORANDUM AND RECOMMENDATION

Plaintiff Guy M. Keng filed this action to challenge denial of disability benefits by the Social Security Administration. Dkt 1. The matter was referred for disposition to Magistrate Judge Richard W. Bennett. Dkt 4.

The parties filed cross-motions for summary judgment. Dkts 14 & 18. Judge Bennett recommends that the Commissioner's motion for summary judgment be granted, and Plaintiff's motion for summary judgment be denied. Dkt 20.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC § 636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc*); see also FRCP 72(b) advisory committee note (1983).

Plaintiff filed objections. Dkt 21. He claims that the Magistrate Judge erred by finding that (i) substantial evidence supported the decision of the Administrative Law Judge, and (ii) the ALJ didn't err in finding that Plaintiff is able to perform his past relevant work as a travel agent. Id at 1–9.

Upon *de novo* review and determination Plaintiff's objections lack merit. The present objections were both points argued by Plaintiff at length in his motion for summary judgment. See Dkt 14 at 7–25. Judge Bennett carefully considered and rejected them in his well-reasoned Memorandum and Recommendation. Dkt 20. For reasons stated there, the arguments advanced by Plaintiff fail to demonstrate reversible error by the ALJ. See id at 6–13.

The objections by Plaintiff to the Memorandum and Recommendation of the Magistrate Judge are OVERRULED. Dkt 21.

No clear error otherwise appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 20.

The motion by Defendant Martin O'Malley for summary judgment is GRANTED. Dkt 18.

The motion by Plaintiff Guy M. Keng for summary judgment is DENIED. Dkt 14.

All claims by Plaintiff Guy M. Keng are DISMISSED WITH PREJUDICE.

A final judgment will enter separately.

SO ORDERED.

Signed on July 31, 2026, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge